

**U.S. Attorney's Office for the District of Columbia**
Criminal Division
*Public Corruption & Civil Rights Section*

---

*Office:  (202) 252-7097*
*Cell:     (202) 834-5387*
*Email: Ahmed.Baset@usdoj.gov*

February 17, 2021

Chambers for Senior Judge Royce C. Lamberth
United States District Court for the District of Columbia
Elijah Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.,
Washington, D.C. 20001

Dear Judge Lamberth:

    The government provides the following supplemental exhibits for consideration in the detention-hearing appeals in the matters of *United States v. Eric Munchel* (21mj71-1) and *United States v. Lisa Eisenhart* (21mj71-2):

- Eric Munchel cell phone video (1 video lasting approximately 50 minutes);
- Senate Lobby hallway video (8 videos lasting approximately 9 minutes);
- Eric Munchel detention-hearing transcript (202 pages);
- Lisa Eisenhart detention-hearing transcript (173 pages).

    To help with the Court's review, partial draft transcriptions of the video recordings are being provided.

                                                    Respectfully submitted,

                                                    */s/ Ahmed M. Baset*
                                                  _____
                                                  AHMED M. BASET
                                                  Assistant United States Attorney
                                                  U.S. Attorney's Office for the District of Columbia
                                                  Public Corruption & Civil Rights Section
                                                  555 4th Street, N.W.
                                                  Washington, D.C. 20530
                                                  Email: ahmed.baset@usdoj.gov
                                                  Phone: 202-834-5387

*[signature]*

_____
JUSTIN SHER
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20004
Email: justin.sher@usdoj.gov
Office: 202-353-3909