UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00118-RCL |
| | : | |
| **ERIC MUNCHEL** and | : | |
| **LISA EISENHART,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully files a copy of the Government's first discovery letter (without attachments) provided to defense counsel on March 4, 2021.

                                        Respectfully submitted,

                                        Channing D. Phillips
                                        Acting U.S. Attorney
                                        D.C. Bar No. 415793

By:    /s/ Leslie A. Goemaat
           LESLIE A. GOEMAAT
           MA Bar No. 676695
           Assistant United States Attorney
           Fraud Section
           U.S. Attorney's Office
           555 4th Street, N.W., Room 5840
           Washington, D.C.  20530
           Office: 202-803-1608
           Email: Leslie.Goemaat@usdoj.gov

           /s/ Ahmed Baset
           AHMED BASET
           IL Bar 630-4552
           Assistant United States Attorney
           U.S. Attorney's Office for the District of Columbia
           Public Corruption & Civil Rights Section

555 4th Street, N.W.  
Washington, D.C. 20530  
Email: ahmed.baset@usdoj.gov  
Phone: 202-252-7097  

/s/ Justin Sher  
JUSTIN SHER  
D.C. Bar No. 974235  
Trial Attorney  
National Security Division  
United States Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, D.C. 20004  
Office: 202-353-3909  
Justin.Sher@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon all parties of record.

                                    /s/ Leslie A. Goemaat
                                    LESLIE A. GOEMAAT
                                    Assistant United States Attorney