# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 1:21-CR-118 (RCL) <br> ) |
| ERIC MUNCHEL and <br> LISA MARIE EISENHART | ) <br> ) <br> ) |

## JOINT REPORT ON SCHEDULING OF DETENTION BRIEFING AND HEARING

NOW COME Defendants Eric Munchel and Lisa Marie Eisenhart, and the United States, through their respective undersigned counsel, and pursuant to this Court's Order of March 26, 2021, file this Joint Report. The parties have consulted promptly as directed. The parties are in the process of discussing whether the United States may be willing to withdraw its motion for detention if certain additional conditions beyond those set forth in Magistrate Judge Frensley's Order are adopted. Defense counsel is seeking to review these new proposed conditions with their clients to see if they will agree to them. The parties will provide a further status update to the Court as early as possible, ideally this afternoon. If a hearing is needed, counsel are available on Monday at 3:00 p.m. or later, Tuesday at 3:00 p.m. or later, or Wednesday at Noon or later.

Dated: March 29, 2021                                   Respectfully submitted,

A.J. KRAMER                                             /s/ Gregory S. Smith
FEDERAL PUBLIC DEFENDER                                 Gregory S. Smith (D.C. Bar #472802)
                                                        Law Offices of Gregory S. Smith
         /s/                                            913 East Capitol Street, S.E.
_____                         Washington, D.C. 20003
SANDRA ROLAND                                           Telephone: (202) 460-3381
Assistant Federal Public Defender                       Facsimile: (202) 330-5229
625 Indiana Avenue, NW                                  Email: gregsmithlaw@verizon.net
Washington, DC 20004
(202) 208-7500                                          *Counsel for Lisa Marie Eisenhart*
sandra_roland@fd.org
*Counsel for Eric Munchel*

1

2

        CHANNING PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

        /s/ Leslie A. Goemaat
        LESLIE A. GOEMAAT
        MA Bar No. 676695
        Assistant United States Attorney
        Fraud Section
        U.S. Attorney's Office
        555 4th Street, N.W., Room 5840
        Washington, D.C.  20530
        Office: 202-803-1608
        Email: Leslie.Goemaat@usdoj.gov