UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ERIC GAVELEK MUNCHEL and
LISA MARIE EISENHART,
*Defendants*.

Case No. 1:21-cr-118-RCL

## ORDER

In light of the Circuit's opinion remanding this Court's detention orders, *see United States v. Munchel*, No. 21-3010, 2021 WL 1149196 (D.C. Cir. Mar. 26, 2021), and the government's subsequent withdrawal of its motions for detention, *see* Notice of Withdrawal (ECF No. 59), the Orders of Detention Pending Trial (ECF No. 25 & 26) are **VACATED**.

Accordingly, the defendants are **ORDERED** released into the custody of their respective third-party custodians in accordance with the terms of the Orders Setting Conditions of Release that accompany this order. Those orders impose all the conditions Magistrate Judge Jeffery S. Frensley imposed in his original conditional release orders, including home detention, location monitoring, and travel restrictions. Additionally, the orders impose new conditions including prohibitions on internet use and on contacting others involved in the events of January 6.

Counsel for the defendants are **ORDERED** to obtain written acknowledgements from the defendants of the conditions of release and to docket those acknowledgements forthwith.

Counsel for the defendants are **FURTHER ORDERED** to docket under seal notice of the names and contract information for the third-party custodians approved by Magistrate Judge Frensley and to provide that notice to Pretrial Services forthwith.

Counsel for the defendants are **FURTHER ORDERED** to obtain written acknowledgements from the third-party custodians of their obligations to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody and to docket those acknowledgements under seal forthwith.

The United States Marshals Service is **ORDERED** to process and release the defendants forthwith.

**IT IS SO ORDERED.**

Date: 3/29/21

Royce C. Lamberth
United States District Judge