UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> ERIC MUNCHEL and </br> LISA MARIE EISENHART | Case No. 1:21-CR-118 (RCL) |

## WRITTEN ACKNOWLEDGEMENT OF CONDITIONS OF RELEASE

I, Eric Munchel, a Defendant in this action, hereby acknowledge the Conditions of Release established in this case, and my receipt of a copy of those Conditions of Release.

Dated: March 29, 2021        Acknowledged:

_/s/ Eric Munchel_
Eric Munchel

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No. 1:21-CR-118 (RCL) ) |
| ERIC MUNCHEL and<br>LISA MARIE EISENHART | ) ) ) ) |

### WRITTEN ACKNOWLEDGEMENT OF CONDITIONS OF RELEASE

I, Lisa Eisenhart, a Defendant in this action, hereby acknowledge the Conditions of Release established in this case, and my receipt of a copy of those Conditions of Release.

Dated:  March 29, 2021            Acknowledged:

_____
Lisa Eisenhart

1