UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21-cr-118-RCL |
| | : |
| ERIC GAVELEK MUNCHEL and | : |
| LISA MARIE EISENHART, | : |
| *Defendants.* | : |
| | : |
| | : |

**UNOPPOSED MOTION TO HOLD ORDER GRANTING PRESS COALITION
APPLICATION IN ABEYANCE**

The United States of America hereby respectfully moves the Court for an order holding in abeyance its September 16, 2021 minute order granting ECF 97, an Application by the Press Coalition for access to certain video exhibits.

On September 16, 2021, the Press Coalition filed an Application for access to video exhibits submitted by the government in advance of the detention hearing for the above-captioned Defendants. ECF 97. In that Application, the Press Coalition failed to state that those video exhibits are sealed by order of the Court. *See* ECF 37 (Order sealing the exhibits submitted by the government to the Court in support of its detention motion). The Court granted the Press Coalition's Application on September 16, 2021 by way of minute order.

The government requests the opportunity to consult with equity holders, in particular the United States Capitol Police, regarding the release of the Capitol surveillance footage. The Defendants have informed the government through their counsel, that they would like an opportunity to consider whether they object to the unsealing and release of these videos.

Accordingly, the government moves this Court hold its September 16, 2021 minute order to produce the videos in abeyance for 7 days (or other such period of time as the Court determines is reasonable) to allow the parties to make a record of their position.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ Leslie A. Goemaat
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C.  20530
Office: 202-803-1608
Email: Leslie.Goemaat@usdoj.gov