UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-CR-118-RCL |
| v. : | |
| : | |
| ERIC MUNCHEL and : | |
| LISA EISENHART : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL

The government informs the Court that Assistant United States Attorney Leslie Goemaat, as counsel for the United States, is withdrawing as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                                               Respectfully submitted,

                                                               MATTHEW M. GRAVES
                                                               United States Attorney
                                                                D.C. Bar No. 481052

DATED: April 13, 2021                    */s/ Leslie A. Goemaat*
                                                               LESLIE A. GOEMAAT
                                                               MA Bar No. 676695
                                                               Assistant United States Attorney
                                                               Fraud, Public Corruption, and Civil
                                                               Rights Section
                                                               U.S. Attorney's Office
                                                               555 4th Street, N.W., Room 5840
                                                               Washington, D.C.  20530
                                                               Office: 202-803-1608
                                                               Leslie.Goemaat@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Withdrawal was sent via electronic case filing to counsel for the defendant.

                                                 */s/ Leslie A. Goemaat*
                                                 LESLIE A. GOEMAAT
                                                 MA Bar No. 676695
                                                 Assistant United States Attorney