UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  )| |
| v.           )  ) | 21-cr-118 (RCL) |
| ERIC MUNCHEL        ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AUTHORIZATION TO CALL HIS MOTHER ON MOTHER'S DAY

The defendant, Eric Munchel, through undersigned counsel, respectfully requests authorization to call his mother on Sunday, May 8, 2022, which is Mother's Day. In support of this motion, the defendant states as follows:

1. In the Court's Order Setting Conditions of Release filed on March 29, 2021, the Court directed Mr. Munchel to "avoid all contact . . . with . . . codefendants except through counsel or as otherwise authorized by Pretrial Services." Mr. Munchel's codefendant is his mother, Lisa Eisenhart.

2. In 2021, the Court granted Mr. Munchel permission to call his mother on Mother's Day.

3. Mr. Munchel has not communicated with his mother since then. He would like to call his mother again this Mother's Day, May 8, 2022.

4. The Pretrial Services Agency has declined to exercise its authority to grant permission for the phone call, requesting that the defendant file a motion with the Court. The government, through Assistant United States Attorney Karen Rochlin, does not oppose this motion.

5. Pursuant to the spirit of the Court's release order, Mr. Munchel agrees to refrain from discussing any aspect of the case during a Mother's Day call with his mother.

WHEREFORE, the defendant respectfully requests authorization to make a phone call to his mother on Mother's Day.

                                        Respectfully submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                            /s/
                                        _____
                                        SANDRA ROLAND
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, NW
                                        Washington, DC 20004
                                        (202) 208-7500
                                        sandra_roland@fd.org