UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-cr-118 (RCL) |
| | ) | |
| ERIC MUNCHEL | ) | |

**DEFENDANT'S MOTION FOR AUTHORIZATION
TO CALL HIS MOTHER WEEKLY**

The defendant, Eric Munchel, through undersigned counsel, respectfully requests authorization to call his mother once per week. In support of this motion, the defendant states as follows:

1. In the Court's Order Setting Conditions of Release issued on March 29, 2021, the Court directed Mr. Munchel to "avoid all contact . . . with . . . codefendants except through counsel or as otherwise authorized by Pretrial Services." Mr. Munchel's codefendant is his mother, Lisa Eisenhart.

2. In 2021, and again in 2022, the Court granted Mr. Munchel permission to call his mother on Mother's Day. Mr. Munchel has had no other communication with his mother since his arrest on January 10, 2021. Mr. Munchel would like to have a weekly phone call with his mother.

3. Pursuant to the spirit of the Court's release order, Mr. Munchel agrees to refrain from discussing any aspect of the case during calls with his mother.

4. The Probation Officer who is supervising Mr. Munchel in the Middle District of Tennessee, Mr. Cody Sutton, does not oppose weekly calls between Mr. Munchel and Ms. Eisenhart. The District of Columbia Pretrial Services Officer, Ms. Christine Schuck, states that she

defers to the Court on this matter. The government, through AUSA Karen Rochlin, also defers to the Court.

WHEREFORE, the defendant respectfully requests authorization to call his mother once per week.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SANDRA ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500
sandra_roland@fd.org
