UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>)<br>ERIC GAVELEK MENCHEL, )<br>)<br>Defendant. )<br>) | Case No. 1:21-CR-00118-RCL-1 |

### *PRO HAC VICE* DECLARATION OF JOSEPH W. ALLEN

I, Joseph W. Allen, make the following declaration in support of the Motion For *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Joseph W. Allen.

2. My office address is 1015 State Hwy 248 STE I, Branson MO, 65616 with telephone number of 417-334-6818.

3. I have been admitted to the following State & Federal Bars: State of Missouri and United States Western District Court of Missouri.

4. I have not been disciplined by any Bar.

5. I have been admitted *pro hac vice* in this District in case numbers 1:21-CR-453 (JDB) and 21-CR-464 (RCL) and said admissions were in the year 2022.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date: 10/13/2022 Respectfully submitted,

*/s/ Gall*

_____