**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant.  ) | |
| ) | |

### DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT'S CONSENT MOTION FOR MODIFICATION OF BOND

**COMES NOW** Defendant, Eric G. Munchel, by and through undersigned counsel, and respectfully tenders his motion to adopt his co-defendants Motion for Modification of Bond to permit the co-defendants the ability to communicate directly regarding the plea offer received from the government. Defendant adopts by reference and incorporates herein his co-defendant's pleadings as set forth in her motion. *See* ECF 158.

**WHEREFORE** Defendant prays this Court make and enter its Order granting his Motion, and for such other and further relief as this Court shall deem just and proper on the premise.

Respectfully submitted,

*/s/ Gall*

_____
Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone:  417/334-6818
Facsimile:  417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of March 2023, I filed the foregoing Motion to Adopt Co-Defendant's Motion to Modify Bond and a proposed Order by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen