UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL-1 |
| ) | |
| ERIC GAVELEK MUNCHEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S MOTION FOR INVENTORY AND RETURN OF PROPERTY

**COMES NOW** the Defendant, by and through undersigned counsel, and respectfully prays this Court, pursuant to Fed. R. Crim. P. 41(g) make and enter its Order for the government to produce an inventory of items seized from the Defendant and an immediate return of all property taken from the Defendant by unlawful search and seizure. Further for a return of all property that the Government does not intend to use at trial in this case.

Moreover, this Court should Order that all property seized by the government from the Defendant must be preserved and returned at the conclusion of this case, barring the exceptions of lawful forfeiture, contraband, or the written consent of the Defendant.

**WHEREFORE** Defendant prays this Court grant his motion as prayed, and for such other and further relief as this Court shall deem just and proper on the premise.

Respectfully submitted,

*/s/ Gall*

_____

Joseph W. Allen, MO BAR #57669
1015 W. State Hwy. 248 Ste. I
Branson, MO 65616
Telephone: 417/334-6818
Facsimile: 417/612-7081
joe@mybransonattorney.com
**Attorney for Defendant**

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2023, I filed the foregoing Motion for Inventory and Return of Property by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Joseph W. Allen