UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERIC MUNCHEL and LISA EISENHART,

Defendants.

Case No. 1:21-CR-118-RCL

### ORDER

For the reasons in the memorandum opinion issued this same date, it is hereby **ORDERED** that the defendants' motions to dismiss—ECF Nos. 161, 176, 177—are **DENIED**.

**IT IS SO ORDERED.**

Date: April 18, 2023

Royce C. Lamberth
United States District Judge