UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 21-118 (RCL) |
| | ) | |
| | ) | |
| ERIC MUNCHEL | ) | |

**UNOPPOSED MOTION TO EXTEND SURRENDER DATE**

Defendant Eric Munchel respectfully requests the Court to extend the date for him to surrender to the Bureau of Prisons by 30 days. In support of this motion, counsel states as follows:

1. On September 8, 2023, the Court sentenced Mr. Munchel to a 53 month term of imprisonment to be followed by a 36 month term of supervised release. ECF 229.

2. Due to the impending birth of Mr. Munchel's first child, the Court permitted him to remain on release until after the birth of his child. December 16, 2023 is the best-guess due date for the birth of Mr. and Mrs. Munchel's child.

3. The Bureau of Prisons has directed Mr. Munchel to surrender to the Yazoo City Low facility in Yazoo City, Mississippi, eleven days after the presumptive due date, on December 27, 2023.

4. First babies are more likely to be delivered late, between 41 and 43 weeks (rather than 40 weeks). See https://towardsdatascience.com/are-first-babies-more-likely-to-be-late-1b099b5796b6. If Mrs. Munchel gives birth between 41 to 43 weeks, there is a significant likelihood that she will deliver their child without Mr. Munchel being present. An additional 30 days, to January 26, 2024, will ensure that Mr. Munchel is present for the birth and able to care for his wife in the first few weeks of new motherhood, and his child.

5. Mr. Munchel has continued to comply with the conditions of release imposed by this Court on March 29, 2021. As of today, December 7, 2023, his supervising Probation Officer states that he is "doing great with no issues."

6. The government, through its representative, Assistant United States Attorney Michael Gordon, does not oppose this motion.

> Respectfully submitted,
>
> A. J. KRAMER
> FEDERAL PUBLIC DEFENDER

                                                 /s/
                                      SANDRA ROLAND
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W., Suite 550
                                      Washington, D.C.  20004
                                      (202) 208-7500
                                      sandra_roland@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 21-118 (RCL) |
| | ) | |
| | ) | |
| ERIC MUNCHEL | ) | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## ORDER

Upon consideration of the motion to extend surrender date, for the reasons set out therein, it is this _____ day of December, 2023,

**ORDERED,** that the Motion is hereby **GRANTED**, and it is

**FURTHER ORDERED**, that the defendant's surrender date is extended to January 26, 2024.

_____   _____
 **DATE**                                  **THE HONORABLE ROYCE C. LAMBERTH**
                                          **UNITED STATES DISTRICT JUDGE**