UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v. ) 21-118 (RCL)
)
)
ERIC MUNCHEL )

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## ORDER

Upon consideration of the motion to extend surrender date, for the reasons set out therein, it is this ___7th___ day of December, 2023,

**ORDERED,** that the Motion is hereby **GRANTED**, and it is

**FURTHER ORDERED**, that the defendant's surrender date is extended to January 26, 2024.

_12/7/23_
**DATE**

_Royce C. Lamberth_
**THE HONORABLE ROYCE C. LAMBERTH**
**UNITED STATES DISTRICT JUDGE**