# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 1:21-cr-118 (RCL)** |
| **ERIC MUNCHEL,** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

The government respectfully requests a brief extension, until the evening of Thursday, January 25, 2024, to respond to defendant Eric Munchel's pending motion to stay the date of his self-surrender to the Bureau of Prisons, ECF No. 255.

Munchel filed the motion on January 5, 2024, but the undersigned primary Assistant United States Attorney was unaware of it until yesterday, January 22, 2024, when the Court contacted the government to ask whether the government intended to respond. The government has since received copies of the relevant filings from defendant's counsel.[1] Given the extraordinary nature of the medical rationale asserted by the defendant and the relief he requests, the government respectfully requests a short time to weigh in before the Court decides the motion.

The government recognizes that the defendant is due to surrender on Friday, January 26, and that the Court likely wishes and intends to decide the motion before then. Accordingly, the government requests just two more days to file a response.

The defendant opposes this request.

---

[1] The government acknowledges that the defendant's counsel's records show that her office e-mailed courtesy copies of the relevant filings to the government on the same day they were filed. It is unclear where the breakdown occurred.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Senior Trial Counsel, Capitol Siege Section
Assistant United States Attorney, Detailee
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
(813) 274-6370
Michael.Gordon3@usdoj.gov

*/s/ Rebekah Lederer*
REBEKAH LEDERER
Assistant United States Attorney, Detailee
Pennsylvania State Bar No. 320922
601 D St., NW
Washington, D.C. 20001
(202) 252-7012
rebekah.lederer@usdoj.gov