UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No. 1:21-CR-118 (RCL) ) |
| ERIC MUNCHEL and<br>LISA MARIE EISENHART | ) ) ) ) |

## JOINT NOTICE OF SUPREME COURT RULING

NOW COME the United States of America, via undersigned counsel, and Defendants Eric Munchel and Lisa Eisenhart, via their respective undersigned counsel, and file this Notice as requested in this Court's January 26, 2024 Memorandum Order, ECF #264.

The Order requires the parties to "contact the court within five days of the Supreme Court issuing its decision in *Fischer* to schedule a status conference to address whether further proceedings will be necessary." *Id.*  As this Court is no doubt aware, that Supreme Court decision issued five days ago, in *Fischer v. United States*, --- U.S. ---, 2024 U.S. LEXIS 2880 (filed June 28, 2024), where a majority of the Supreme Court held that, "To prove a violation of Section 1512(c)(2), the Government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or … other things used in the proceeding, or attempted to do so." *Id.* at *27.  The Supreme Court remanded the case to the D.C. Circuit for further proceedings.

Defendants' counsel can make themselves available for any status conference as needed, although neither Defendant is affirmatively requesting any such conference at this time, since this case is currently pending before the D.C. Circuit on appeal.  It should also be noted that Mr.

1

Munchel's ability to participate in any such conference, if scheduled, would need to be coordinated with the BOP institution where he is currently being housed.

Defendants' counsel have also reached out to Government counsel to determine their position on this matter. Government's counsel advises that they are also available for a status conference as needed, but they are also not affirmatively requesting that one be scheduled as the case is currently pending before the D.C. Circuit on appeal.

| | |
|---|---|
| Dated:  July 3, 2024 | Respectfully submitted, |
| /s/ Gregory S. Smith | /s/ Rebekah E. Lederer |
| Gregory S. Smith (D.C. Bar #472802) | Rebekah E. Lederer |
| Law Offices of Gregory S. Smith | Assistant United States Attorney |
| 913 East Capitol Street, S.E. | Pennsylvania Bar No. 320922 |
| Washington, D.C.  20003 | 601 D St. N.W. |
| Telephone: (202) 460-3381 | Washington, DC 20530 |
| Facsimile: (202) 330-5229 | (202) 252-7012 |
| Email: gregsmithlaw@verizon.net | rebekah.lederer@usdoj.gov |
| *Counsel for Lisa Marie Eisenhart* | |

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
LISA WRIGHT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC  20004
(202) 208-7500
lisa_wright@fd.org
*Counsel for Eric Munchel*