# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 23-3171**  **September Term, 2024**

1:21-cr-00118-RCL-1

**Filed On:** December 20, 2024

United States of America,

    Appellee

    v.

Eric Gavelek Munchel,

    Appellant

    **BEFORE:** Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the joint motion to vacate, it is

**ORDERED** that the joint motion be granted, appellant's convictions under 18 U.S.C. §§ 1512(c)(2) and 2 and 18 U.S.C. § 1512(k) be vacated, and the case be remanded for further proceedings, including but not limited to the district court's consideration of this court's decision in <u>United States v. Brock</u>, 94 F.4th 39 (D.C. Cir. 2024).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
          Erica Thorner
          Deputy Clerk