UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-CR-118-RCL-1 |
| ERIC MUNCHEL, | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 285, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 2nd day of Jan., 2025.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge